UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:24-cv-60810

KENNY ALEXANDRE,

     Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.,

     Defendant.

_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff Kenny Alexandre's Motion to Strike Complaint and Notice of Voluntary Dismissal (the "Notice") [DE 14], filed on July 12, 2024. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 14] is hereby **GRANTED AND APPROVED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

4. The Clerk is directed to **MAIL** a copy of this Order to Plaintiff at the address below.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 15th day of July, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Kenny Alexandre
8321 NW 80 Place
Tamarac, FL 33321